**Abatement Order filed August 18, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00402-CR
_____

### THOMAS ROY MARTIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1403752**

---

## ABATEMENT ORDER

The clerk's record reflects the trial court granted trial counsel's motion to withdraw and found appellant entitled to proceed without advance payment of costs on appeal. The record does not reflect appellate counsel has been appointed. Accordingly, we enter the following order.

We ORDER the judge of the 208th District Court to immediately conduct a hearing at which appellant, appellant's counsel, if any, and counsel for the State

shall participate, either in person or by video teleconference, to determine whether appellant desires to prosecute his appeal, and, if so, whether appellant is indigent and, thus entitled to a free record and appointed counsel on appeal. The judge may appoint appellate counsel for appellant if necessary. The judge shall see that a record of the hearing is made, shall make findings of fact and conclusions of law, and shall order the trial clerk to forward a record of the hearing and a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, the court's findings and conclusions, and a videotape or compact disc, if any, containing a recording of the video teleconference shall be filed with the clerk of this court within thirty days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court.


PER CURIAM